**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **JOHN WAYNE BRIDGES,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | **CIVIL ACTION NO. 4:13-cv-00214** |
| § | |
| **WEATHERFORD INTERNATIONAL** § | **Jury Demanded** |
| **LTD., ET AL.,** § | |
| § | |
| **Defendants.** § | |

## JOINT[1] STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Wayne Bridges and Defendants Weatherford U.S., L.P. and Integrity Delaware , LLC stipulate that this matter may be dismissed in its entirety with prejudice to the refiling of same.  Each party shall bear its own costs and attorney's fees.

---

[1] Defendant Weatherford International Ltd. was never served and has not answered in this case.

Respectfully submitted,

By: /s/ *Jo Miller*
    JO MILLER
    Texas Bar No. 00791268
    Southern District Bar No: 20385
    LAW OFFICE OF JO MILLER, PLLC
    505 North Main
    The Parsonage
    Conroe, Texas 77301
    Tel. (936) 539-4400
    Fax: (936) 539-4409
    Email: jmiller@jomillerlaw.com

    ATTORNEY-IN-CHARGE FOR PLAINTIFF
    JOHN WAYNE BRIDGES


By: /s/ *R. Michael Moore*
    R. MICHAEL MOORE
    Texas Bar No.14371400
    Southern District Bar No: 4354
    LAW OFFICE OF R. MICHAEL MOORE
    7500 San Felipe St., Suite 335
    Houston, Texas 77063
    Tel. (713) 621-8185
    Fax: (713) 621-8184
    Email: rmmoore@sbcglobal.net

    ATTORNEY-IN-CHARGE FOR DEFENDANTS
    WEATHERFORD U.S., L.P. and
    INTEGRITY DELAWARE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2014, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. R. Michael Moore
>LAW OFFICE OF R. MICHAEL MOORE
>7500 San Felipe St., Suite 335
>Houston, Texas 77063
>
>*Attorney-in-Charge for Defendants*
>*Weatherford U.S., L.P. and Integrity Delaware, LLC*

>*/s/  Jo Miller*
>Jo Miller
>Attorney-in-Charge for Plaintiff,
>John Wayne Bridges